In the Matter of the Application of WILLIAM J. PEACH, Appellant, for a Writ of Habeas Corpus.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Peach*, 166 App. Div. ——, affirmed.
(Argued January 8, 1915; decided February 5, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 2, 1914, which affirmed an order of Special Term dismissing a writ of habeas corpus. The question involved was the constitutionality of section 8a of the Labor Law requiring that employees be granted twenty-four consecutive hours of rest in each week.

*William B. Carswell* and *John T. Condon* for appellant.

*Francis D. Culkin, District Attorney (Frederick H. Cunningham* and *Edward Quigley)* for respondent.

Order affirmed, on opinion in *People* v. *Klinck Packing Co.* (214 N. Y. 121).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.